# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:23-cr-00015-ART-CSD |
| Plaintiff, | **ORDER Granting Stipulation to Temporarily Remove GPS Electronic Monitoring for Medical Treatment** |
| vs. | |
| DANIEL WILLIAMS PHILLIPS, | |
| Defendant. | |

### FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing, therefore, the Court finds that:

1. Mr. Daniel Phillips has a necessary medical MRI scan on Monday June 12, 2023.
2. As such, the electronic GPS monitoring unit must be temporarily removed for Mr. Phillips to undergo the MRI scan.

### ORDER

IT IS THEREFORE ORDERED that the pretrial services may remove the electronic GPS monitoring unit from Mr. Phillips before his MRI appointment on June 12, 2023 and place the unit back on Mr. Phillips on June 13, 2023.

**IT IS SO ORDERED** this __12th__ of June, 2023.

CARLA BALDWIN
U.S. MAGISTRATE JUDGE

2